```
                   UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION


LORI FLETCHER                   )
                                )
v.                              )          NO. 3:10-0424
                                )          JUDGE ECHOLS
DOLGENCORP, INC., ET AL.        )
```

## O R D E R

I hereby recuse myself in this action.  The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE