# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LORI FLETCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0424 |
| ) | Judge Trauger |
| DOLGENCORP, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

A Joint Status Report was filed on January 4, 2011, stating that this case had settled. (Docket No. 11) Motions for approval of settlements have been filed in a number of other, similar cases, but no such motion has been filed in this case. It is hereby **ORDERED** that, within ten (10) days of the entry of this Order, the parties shall file a joint status report or a joint motion requesting approval of a similar settlement in this case.

It is so **ORDERED.**

Enter this 18th day of January 2011.

_____
ALETA A. TRAUGER
U.S. District Judge